# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600095

_____

## UNITED STATES OF AMERICA
Appellee

v.

## AJAI D. GARRETT
Seaman Recruit (E-1), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Elizabeth A. Harvey, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton,
JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 18 August 2016

_____

Before PALMER, MARKS, and NORKIN, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court